**United States District Court**
For the Northern District of California

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

AURORA NATIONAL LIFE ASSURANCE COMPANY,

    Plaintiff,

v.

DEMOND HENDERSON, J.G. WENTWORTH SSC LIMITED PARTNERSHIP, and FL ASSIGNMENTS CORPORATION

    Defendants.
_____/

J.G. WENTWORTH SSC LIMITED PARTNERSHIP,

    Counter-Claimant,

v.

AURORA NATIONAL LIFE ASSURANCE COMPANY,

    Counter-Defendant.
_____/

J.G. WENTWORTH SSC LIMITED PARTNERSHIP,

    Counter-Claimant,

v.

DEMOND HENDERSON and FL ASSIGNMENTS CORPORATION,

    Counter-Defendants.
_____/

No. C 05-504 MJJ

**ORDER TO SHOW CAUSE**

United States District Court
For the Northern District of California

On April 29, 2005, Defendant/Counter-Claimant J.G. Wentworth SSC Limited Partnership ("J.G. Wentworth") filed a motion for summary judgment against Plaintiff/Counter-Defendant Aurora National Life Assurance Co. ("Aurora") and against Defendants/Counter-Defendants Demond Henderson ("Henderson") and FL Assignments Corporation ("FL Assignments"). Oral argument on J.G. Wentworth's motion is currently scheduled for June 14, 2005. Pursuant to the Civil Local Rules, Aurora's, Henderson's, and FL Assignments' oppositions to J.G. Wentworth's motion were due no later than May 24, 2005. As of the date of this Order, no opposition or statement of non-opposition has been filed. Aurora, Henderson, and FL Assignments are hereby **ORDERED** to show cause in writing, by June 1, 2005, why no opposition or statement of non-opposition has been filed. Aurora's, Henderson's, and FL Assignment's oppositions, or statements of non-opposition, must also be filed by June 1, 2005. J.G. Wentworth's reply, if any, is now due on June 8, 2004. Oral argument on J.G. Wentworth's motion, currently scheduled for June 14, 2005 is hereby re-scheduled for July 12, 2005 at 9:30 a.m in Courtroom 11.

**IT IS SO ORDERED.**

Dated: May_25_, 2005

/S/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California seal]