1 STEVEN M. SELNA (State Bar No. 133409)
THOMAS S. VAN (State Bar No. 209632)
2 DRINKER BIDDLE & REATH LLP
50 Fremont Street
3 20th Floor
San Francisco, CA 94105-2235
4 Telephone: (415) 591-7500
Facsimile: (415) 591-7510
5
Attorneys for Plaintiff
6 AURORA NATIONAL LIFE ASSURANCE COMPANY

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 AURORA NATIONAL LIFE ASSURANCE<br>COMPANY,<br>11<br>Plaintiff,<br>12<br>v.<br>13<br>DEMOND HENDERSON, J.G.<br>14 WENTWORTH<br>SSC LIMITED PARTNERSHIP, and FL<br>15 ASSIGNMENTS CORPORATION<br>16<br>Defendants.<br>17 _____/<br>18 J.G. WENTWORTH SSC LIMITED<br>PARTNERSHIP,<br>19 Counter-Claimant,<br>20 v.<br>21 AURORA NATIONAL LIFE ASSURANCE<br>COMPANY,<br>22<br>Counter-Defendant.<br>23 _____/<br>24 J.G. WENTWORTH SSC LIMITED<br>PARTNERSHIP,<br>25 Counter-Claimant,<br>26 v.<br>27 DEMOND HENDERSON and FL<br>ASSIGNMENTS CORPORATION,<br>28 | Case No. CV 05-504 MJJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floo
San Francisco, CA 94105

SF1\354685\1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. CV 05-504 MJJ

Counter-Defendants.

IT IS HEREBY STIPULATED by and between plaintiff and counter-defendant AURORA NATIONAL LIFE ASSURANCE COMPANY and defendant and counter-claimant J.G. WENTWORTH SSC LIMITED PARTNERSHIP through their respective counsel that the above-captioned matter shall be and is hereby dismissed *without prejudice* pursuant to Rule 41(a)(1). Each party shall bear their own costs and attorney's fees in connection with the above-captioned matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: June 27, 2005

DRINKER BIDDLE & REATH LLP

THOMAS S. VAN

Attorneys for Plaintiff and Counter Defendant
AURORA NATIONAL LIFE ASSURANCE COMPANY

Dated: June 27, 2005

GREENBERG & BASS LLP

JAMES A. FELTON

Attorneys for Defendant and Counter-Claimant
J.G. WENTWORTH SSC LIMITED PARTNERSHIP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/28/2005

/S/

The Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Martin J. Jenkins

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\354685\1

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. CV 05-504 MJJ