STEVEN M. SELNA (State Bar No. 133409)
THOMAS S. VAN (State Bar No. 209632)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Plaintiff
AURORA NATIONAL LIFE ASSURANCE COMPANY

Chambers Copies

FILED

JUL 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA NATIONAL LIFE ASSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEMOND HENDERSON, J.G. WENTWORTH SSC LIMITED PARTNERSHIP, and FL ASSIGNMENTS CORPORATION<br><br>　　　　　　Defendants.<br>_____<br>J.G. WENTWORTH SSC LIMITED PARTNERSHIP,<br>　　　　　　Counter-Claimant,<br><br>v.<br><br>AURORA NATIONAL LIFE ASSURANCE COMPANY,<br>　　　　　　Counter-Defendant.<br>_____<br>J.G. WENTWORTH SSC LIMITED PARTNERSHIP,<br>　　　　　　Cross-Claimant,<br><br>v.<br><br>DEMOND HENDERSON and FL ASSIGNMENTS CORPORATION, | Case No. CV 05-504 MJJ<br><br>**NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Cross-Defendants.

Plaintiff and counter-defendant AURORA NATIONAL LIFE ASSURANCE COMPANY, through its respective counsel, hereby dismisses the above-captioned matter *without prejudice* pursuant to Rule 41(a)(1), as to defendants and cross-defendants DEMOND HENDERSON and FL ASSIGNMENTS CORPORATION.

Dated: June 27, 2005

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

*/s/ Thomas S. Van*

Attorneys for Plaintiff and Counter-Defendant
AURORA NATIONAL LIFE ASSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: 7/5/2005

The Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\360461\1

2
NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. CV 05-504 MJJ